AO 93 (Rev. 11/13) Search and Seizure Warrant

# UNITED STATES DISTRICT COURT
for the
District of New Mexico

| | | |
|---|---|---|
| In the Matter of the Search of | ) | |
| *(Briefly describe the property to be searched* | ) | |
| *or identify the person by name and address)* | ) | Case No. 20-22 |
| Gray Ipad FCC ID: BCGA1893 | ) | |
| | ) | |
| | ) | |

## SEARCH AND SEIZURE WARRANT

To:     Any authorized law enforcement officer

An application by a federal law enforcement officer or an attorney for the government requests the search of the following person or property located in the _____ District of _____New Mexico_____
*(identify the person or describe the property to be searched and give its location)*:

**SEE ATTACHMENT A**

I find that the affidavit(s), or any recorded testimony, establish probable cause to search and seize the person or property described above, and that such search will reveal *(identify the person or describe the property to be seized)*:

**SEE ATTACHMENT B**

**YOU ARE COMMANDED** to execute this warrant on or before _Not applicable – iPad in law enforcement custody_ *(not to exceed 14 days)*
☐ in the daytime 6:00 a.m. to 10:00 p.m.    ☑ at any time in the day or night because good cause has been established.

Unless delayed notice is authorized below, you must give a copy of the warrant and a receipt for the property taken to the person from whom, or from whose premises, the property was taken, or leave the copy and receipt at the place where the property was taken.

The officer executing this warrant, or an officer present during the execution of the warrant, must prepare an inventory as required by law and promptly return this warrant and inventory to _____.
*(United States Magistrate Judge)*

☐ Pursuant to 18 U.S.C. § 3103a(b), I find that immediate notification may have an adverse result listed in 18 U.S.C. § 2705 (except for delay of trial), and authorize the officer executing this warrant to delay notice to the person who, or whose property, will be searched or seized *(check the appropriate box)*
☐ for _____ days *(not to exceed 30)*    ☐ until, the facts justifying, the later specific date of _____.

Date and time issued: _3:40 pm Jan 6, 2020_   _____
                                              *Judge's signature*

City and state:   Albuquerque, New Mexico      Steven Yarbrough, U.S. Magistrate Judge
                                              *Printed name and title*

AO 93 (Rev. 11/13) Search and Seizure Warrant (Page 2)

| Return | | |
|---|---|---|
| Case No.: | Date and time warrant executed: | Copy of warrant and inventory left with: |
| Inventory made in the presence of : | | |
| Inventory of the property taken and name of any person(s) seized: | | |

**Certification**

I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date: _____

_____
*Executing officer's signature*

_____
*Printed name and title*

## ATTACHMENT A
### DESCRIPTION OF PROPERTY TO BE SEARCHED

The item to be searched is currently located in evidence at the Bureau of Indian Affairs Office of Justice Services, Albuquerque office located at 1001 Indian School Rd, NW, Albuquerque, NM. Item to be searched:

iPad Model: A1893, FCC ID: BCGA189, IC 579C-A1893

## **ATTACHMENT B**

1. All records on the Device described in Attachment A that relate to violations of 21 U.S.C. § 841(a)(1), including:

    a. lists of contacts who are customers and suppliers of narcotics (including names, addresses; phone numbers, email addresses and other identifying information), types, amounts and prices of drugs being trafficked, imported or purchased, along with data applying to date, places, and amounts related to specific transaction. These phones may also contain information regarding user distribution.

    b. lists of customers and related identifying information;

    c. types, amounts, and prices of drugs trafficked as well as dates, places, and amounts of specific transactions;

    d. any information related to sources of drugs (including names, addresses, phone numbers, or any other identifying information);

    e. Any information recording as Robert M. MCCRANEY, Alexa Rae PHILLIPS, Mack Deconile SMITH and Javian Vejon ADAMS' schedule or travel to the present;

    f. all bank records, checks, credit card bills, account information, and other financial records.

    g. Evidence of user attribution showing who used or owned the Device at the time the things described in this warrant were created, edited, or deleted, such as logs, phonebooks, saved usernames and passwords, documents, and browsing history;

    h. Evidence of the use, possession, transfer, ownership, sale, or barter of any firearms.

As used above, the terms "records" and "information" include all of the foregoing items of evidence in whatever form and by whatever means they may have been created or stored, including any form of computer or electronic storage (such as flash memory or other media that can store data) and any photographic form.